UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0576 AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, signed the application, or submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.  Accordingly, plaintiff's application will be dismissed and plaintiff will be accorded the opportunity to submit a complete and signed application, and a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

　　　2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

     3. Plaintiff shall, within thirty days from the filing date of this order, submit a completed and signed application to proceed in forma pauperis, together with a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint; and

     4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: March 24, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE