UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA N. HARRELL,<br><br>            Plaintiff,<br><br>      v.<br><br>WAL-MART, et al.,<br><br>            Defendants. | No.  2:15-cv-0576 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: May 28, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE