UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART, et al.,<br><br>  Defendants. | No. 2:15-cv-00576-JAM-AC<br><br><br><br>ORDER |

The court is in receipt of plaintiff's filing notifying the court of his change of address and requesting a status report and defense counsel's contact information. ECF No. 48. In light of plaintiff's address change, the court ORDERS the clerk of court to serve upon plaintiff a copy of the scheduling order issued at ECF No. 45, as well as a copy of the docket, which contains defense counsel's contact information.

IT IS SO ORDERED.

DATED: January 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE