UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE BELYEA,<br><br>　　　　Defendant. | No. 2:15-cv-00576 JAM-AC<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 1, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF 67. Plaintiff has filed objections to the findings and recommendations. ECF No. 82. Defendant opposed the objections. ECF No. 84.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed May 1, 2018, are adopted in full; and

　　2. Plaintiff's leave to amend, ECF No. 56, is denied.

DATED: August 29, 2018

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE