UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE BELYEA,<br><br>Defendant. | No. 2:15-cv-00576 JAM AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 30-day extension of time to file his response to defendant's motion for summary judgment, requesting a due date of February 17, 2019. ECF No. 108. Plaintiff also requests additional time to file objections to this court's order at ECF No. 100, dated November 6, 2018. Id. Plaintiff cites his late receipt of the motion and limited resources due to incarceration as the reasons for his requiring an extension. Id. at 1-2. The court previously ordered re-service of both documents on plaintiff on December 20, 2018, and gave him an additional 30 days from that date to respond. ECF No. 107. In the interest of resolving this case on the merits, the request for an extension of time will be granted as to plaintiff's opposition to summary judgment. No additional time will be provided to file objections to the court's November 6, 2018 order. The court cautions plaintiff that further requests for additional time will

be looked upon with disfavor.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 108) is GRANTED in part and DENIED in part as described above. Plaintiff shall file his response to defendant's motion for summary judgment no later than February 17, 2019.
2. If plaintiff fails to timely comply with this order, the undersigned will construe the lack of response as non-opposition and deem the summary judgment motion submitted on the papers.

DATED: January 14, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE